[No. 16069-2-II.     Division Two.    May 31, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. BRIAN E. OLSON, *Respondent*.

Appeal from a judgment of the Superior Court for Pacific County, No. 92-1-00021-9, Joel M. Penoyar, J., entered April 30, 1992. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Alexander and Seinfield, JJ.

[No. 16548-1-II.     Division Two.    May 31, 1994.]

EDWIN CASWELL, *Appellant*, v. HOLLADAY PARK MEDICAL CENTER FOUNDATION, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pacific County, No. 91-2-00279-9, Joel M. Penoyar, J., entered September 18, 1992. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Alexander and Seinfield, JJ.

[Nos. 12462-2-III; 12463-1-III.    Division Three.    May 31, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD LAWRENCE COCHRAN, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. LAURENCE ALTON HAFLICH, *Appellant*.

Appeals from judgments of the Superior Court for Whitman County, Nos. 91-1-00033-1, 91-1-00032-2, Wallis W. Friel, J., entered April 17, 1992. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J.